UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-1758 ODW(RCx) | Date | August 16, 2010 |
|---|---|---|---|
| Title | Federal Deposit Insurance Corporation v. RPM Mortgage et al | | |

Present: The Honorable Otis D. Wright II, United States District Judge

| Raymond Neal | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s): Attorneys Present for Defendant(s):

Not Present                                      Not Present

**Proceedings (IN CHAMBERS):**   Order to Show Cause re Dismissal for Lack of Prosecution

Plaintiff is ordered to show cause in writing no later than **Tuesday, September 7, 2010** why this action should not be dismissed for lack of prosecution as to cross-defendants Stratford Financial Services Corporation, a California Corporation and Platinum Capital Group. Default against cross-defendant(s) Stratford Financial Services Corporation, a California Corporation and Platinum Capital Group was entered by the Clerk on August 3, 2010 [54; 55].

The Court will consider the filing of the following as an appropriate response to this OSC, on or before the above date:

**1. Plaintiff's filing of a noticed motion for entry of default judgment.**

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and L.R. 7-15, no oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due. Failure to respond to the Court's order may result in the dismissal of this action.

                                                                                            :   00

                                                        Initials of Preparer    RGN