VANESSA H. WIDENER (Bar No. 203967)
  vhw@amclaw.com
JENNIFER S. MUSE (Bar No. 211779)
  jsm@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
Thirty-First Floor
444 South Flower Street
Los Angeles, California 90071-2901
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

Attorneys for Plaintiff and Counterdefendant,
FEDERAL DEPOSIT INSURANCE
CORPORATION as Receiver for
INDYMAC BANK, F.S.B.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC BANK, F.S.B., <br><br> Plaintiff, <br><br> vs. <br><br> RPM MORTGAGE, a California corporation dba PLATINUM CAPITAL GROUP, a California corporation; PLATINUM CAPITAL GROUP, a California corporation; SKYLINE FINANCIAL CORP., a California corporation; SKYLINE FINANCIAL CORP. dba STRATFORD, business entity unknown and STEPHANIE GREEN, an individual, <br><br> Defendants. <br><br> AND RELATED CROSS-CLAIM | Case No. CV10-01758-ODW (CWx) <br><br> **JUDGMENT PURSUANT TO STIPULATION** |

/ / /

/ / /

/ / /

843895.1 5662.089

JUDGMENT PURSUANT TO STIPULATION

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD**:

Based upon the Stipulation for Entry of Judgment between plaintiff the FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for INDYMAC BANK, F.S.B. ("FDIC") and defendant STEPHANIE GREEN, and upon proof made to the satisfaction of this Court, judgment shall be entered in favor of the FDIC, and against defendant STEPHANIE GREEN, in the amount of Twelve Thousand Dollars ($12,000.00), less any amounts received by the FDIC, plus post judgment interest to accrue at the legal rate of ten percent (10%).

**IT IS HEREBY ORDERED, ADJUDICATED AND DECREED AS FOLLOWS**:

Judgment shall be and is hereby entered in favor of the FDIC and against STEPHANIE GREEN in the amount of $12,000.00 plus post judgment interest to accrue at the legal rate of ten percent (10%).

Dated: February 1, 2011

_____
OTIS D. WRIGHT II
United States District Court Judge

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

843895.1 5662.089

2
JUDGMENT PURSUANT TO STIPULATION