JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Federal Deposit Insurance Corporation,<br>           Plaintiff,<br><br>   v.<br><br>RPM Mortgage et al.,<br>           Defendants. | Case No. CV 10-01758-ODW(CWx)<br><br>**ORDER OF DISMISSAL** |

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice for lack of prosecution.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: May 23, 2012

OTIS D. WRIGHT, II
United States District Judge